# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 15-60352
c/w No. 15-60564
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

June 28, 2016

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

JERRY LEON ROBINSON, also known as Jerry Robinson,

Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Mississippi
USDC No. 1:10-CR-103

Before JOLLY, DENNIS, and PRADO, Circuit Judges.

PER CURIAM:[*]

Jerry Robinson, federal inmate # 15972-043, seeks leave to proceed in forma pauperis (IFP) in his appeals from the denial of his motions to compel counsel to surrender his case file and to dismiss the indictment for lack of subject jurisdiction. The appeals are CONSOLIDATED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 15-60352
c/w No. 15-60564

Neither of Robinson's motions fell into a recognized category of post-conviction motions. Consequently, the instant appeals are from the denial of "meaningless, unauthorized motion[s]," and the district court lacked jurisdiction to entertain them. *United States v. Early*, 27 F.3d 140, 142 (5th Cir. 1994). Thus we pretermit as moot any ruling on Robinson's IFP motions.

APPEALS DISMISSED.